opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is ORDERED, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

It is further ORDERED that the appellant file a supplemental brief not later than Monday, June 24, 2002, and the appellees file a supplemental brief not later than Wednesday, July 24, 2002.

The Clerk will schedule this case for oral argument as directed by the Court.

**UNITED STATES of America**
**Plaintiff—Appellee,**

v.

**Ivan G. BEAULIEU Defendant—Appellant.**

**No. 01–3251.**

United States Court of Appeals, Sixth Circuit.

May 30, 2002.

Before BOGGS and KRUPANSKY, Circuit Judges; and HOOD, District Judge.*

---

* The Honorable Joseph M. Hood, United States District Judge for the Eastern Division of

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

**UNITED STATES of America**
**Plaintiff—Appellee,**

v.

**Shannon D. WILLIAMS Defendant—Appellant.**

**No. 01–5148.**

United States Court of Appeals, Sixth Circuit.

May 31, 2002.

Before BOGGS, KRUPANSKY, Circuit

Kentucky, sitting by designation.

Judges, and HOOD, District Judge.*

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Otis James JACKSON, Defendant–Appellant.**

**No. 00–1880.**

United States Court of Appeals, Sixth Circuit.

May 31, 2002.

---

* The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Ken-

Before BOGGS, SILER, and MOORE, Circuit Judges.

## PER CURIAM.

Defendant Otis James Jackson appeals his sentence for conspiring to distribute marijuana. Jackson asserts that his sentence, based upon the district court's finding by a preponderance of the evidence that he was responsible for over 100 kilograms of marijuana, violates *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). For the reasons set forth below, we VACATE Jackson's sentence and REMAND for resentencing.

## BACKGROUND

Jackson was charged with and convicted of conspiring to distribute marijuana in violation of 21 U.S.C. §§ 841(a)(1) and 846. Neither the indictment nor the jury verdict specified a quantity of marijuana. The presentence investigation report recommended that Jackson be held accountable for in excess of 100 kilograms of marijuana. In response, Jackson submitted an alternative guideline computation, asserting that he participated in the distribution of only 28 pounds of marijuana. At sentencing, the district court found by a preponderance of the evidence that Jackson was responsible for over 100 kilograms of cocaine. Based in part on that finding, the district court sentenced him to a term of imprisonment of 84 months.

## STANDARD OF REVIEW

Although he did not make a specific *Apprendi* objection before the district court, Jackson did object to the drug quantity recommended in the presentence investigation report. This court has held that a defendant adequately preserves his *Apprendi* challenge by objecting to the

tucky, sitting by designation.